**No. 42287.**—Protests 746452-G (C), etc., of W. R. Grace & Co. et al. (New York and Boston).

Opinion by EVANS, J. In view of the evidence produced and on the authority of Abstracts 39750, 40207, and *United States* v. *General Rubber Co.* (22 C. C. P. A. 308, T. D. 47350) the protests were sustained.

**No. 42288.**—Protest 718732-G of W. X. Huber (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 29107 the claim at 25 percent under paragraph 5 was sustained.